IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No. CV 09-80-087 MISC

ORDER TO SHOW CAUSE

Fred Harold Middaugh - #62133

_____/

It appearing that Fred Harold Middaugh has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective February 28, 2009,

**IT IS SO ORDERED**

That respondent show cause in writing on or before May 26, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Fred Harold Middaugh
Attorney at Law
1077 Pacific Coast Highway, #247
Seal Beach, CA 90740