FILED

JUL 29 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                      No CV-09-80087 MISC VRW

Fred Harold Middaugh,
                                       ORDER
    State Bar No 62133
_____/

    On May 1, 2009, the court issued an order to show cause (OSC) why Fred Harold Middaugh should not be removed from the roll of attorneys authorized to practice law before this court, based upon his suspension by the State Bar of California, effective February 28, 2009.

    The OSC was mailed to Mr Middaugh's address of record with the State Bar on May 6, 2009. A written response was due on or before May 26, 2009. No response to the OSC has been filed as of this date.

    The State Bar web site now shows Mr Middaugh as active and eligible to practice law in California. The OSC is therefore discharged. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Fred Harold Middaugh,
_____/

Case Number: C09-80087 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Fred Harold Middaugh
1077 Pacific Coast Highway, #247
Seal Beach, CA 90740

Dated: July 29, 2009

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*